UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ASHLEY J., parent and next friend of K.A., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, et al.,<br><br>Defendants. | Case No. 23-cv-12861<br><br>Honorable Robert J. White |

**JUDGMENT**

The Court has granted the Detroit Public Schools Community District's motion for summary judgment and denied plaintiffs' cross-motion for summary judgment. All the remaining defendants were previously dismissed from the case.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiffs. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: s/Tara Villereal
Deputy Clerk

September 30, 2026

Approved: s/ Robert J. White
Robert J. White
United States District Judge